FILED

11/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0312

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-23-0312

| | |
|---|---|
| T.M.B., by and through DARCY SAUNDERS, CAPITAL CITY CASE MANAGEMENT, Guardian and Conservator,<br><br>Plaintiff/Appellant,<br><br>v.<br><br>WEST MONT and STATE OF MONTANA,<br><br>Defendants/Appellees. | **ORDER GRANTING APPELLANT'S _UNOPPOSED_ MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Upon motion of Plaintiff/Appellant, and good cause appearing,

IT IS HEREBY ORDERED: The Plaintiff/Appellant will have up to and including February 19th, 2024 to file her opening brief in this matter.

DATED THIS _____ DAY OF NOVEMBER, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2023